UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DR. ALEXANDER LIPIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEWARD HEALTHCARE SYSTEM, LLC. ) <br> STEWARD MEDICAL GROUP, INC., and ) <br> HOLY FAMILY HOSPITAL ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. <br> 1:16-CV-12256 |

## AFFIDAVIT OF ATTORNEY KAVITA M. GOYAL IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' PRODUCTION OF ATTORNEY-CLIENT COMMUNICATIONS

I, KAVITA M. GOYAL, ESQ., DO SOLEMNLY AFFIRM:

1. I am an Attorney at Law in good standing in the Commonwealth of Massachusetts.

2. I am an associate with the Rosen Law Office, P.C., of Andover, Massachusetts, and have been involved with the above-captioned matter since its inception.

3. Attached as Exhibit A is a true and accurate copy of Defendants' Sur-Rebuttal dated July 25, 2016 and filed with the Massachusetts Commission Against Discrimination ("MCAD").

4. Attached as Exhibit B is a true and accurate copy of select pages from the Deposition of Dr. George Clairmont, which took place on March 8, 2017.

5. Attached as Exhibit C is a true and accurate copy of Exhibit 2 to the Deposition of Dr. Clairmont.

6. Attached as Exhibit D is a true and accurate copy of Exhibit 14 to the Deposition of Danielle Mulholland, which took place on May 12, 2017.

7. Attached as Exhibit E are true and accurate copies of documents Bates stamped SMG000247-SMG000248, which were included in Defendants' discovery production to Plaintiff on February 17, 2017.

8. Attached as Exhibit F is a true and accurate copy of Exhibit 8 to the Deposition of Dr. Clairmont.

9. Exclusive of exhibits, attached as Exhibit G is a true and accurate copy of Defendants' Position Statement dated May 10, 2016 and filed with the MCAD, and was also Exhibit 4 to Dr. John Alexander's Deposition which took place on June 27, 2017.

10. Attached as Exhibit H is a true and accurate copy of the fourth version of Defendants' Privilege Log, produced to Plaintiff on July 6, 2017. Defendant did not produce a privilege log until requested by plaintiff after Dr. Clairmont's deposition.

11. Attached as Exhibit I is a true and accurate copy of Exhibit 7 to Dr. John Alexander's Deposition, which took place on June 27, 2017.

12. Attached as Exhibit J is a true and accurate copy of Exhibit 2 to Mulholland's Deposition.

13. Attached as Exhibit K is a true and accurate copy of select pages from the Deposition of Danielle Mulholland.

Signed under the pains and penalties of perjury.

Dated: September 22, 2017                /s/ Kavita M. Goyal
                                         Kavita M. Goyal (BB0#654013)

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2017, a copy of the foregoing document was filed electronically through the Court's ECF system and that Defendants' counsel is a registered user of the ECF system.

                                         /s/ Kavita M. Goyal
                                         Kavita M. Goyal