# EXHIBIT H

*Lipin v. Steward Health Care System, LLC et al.*
Civil Action No. 1:16-cv-12256
DEFENDANTS' PRIVILEGE LOG
Updated July 5, 2017

| No. | Type of Document | Date and Time Sent | Time Sent | From/Author | To | CC | Subject/Title | Subject Matter | Asserted Privilege | Responsive to Request No. | Bates No., if applicable |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Email | 2/12/2015 | | Matthew Perreault, Deputy General Counsel, SHCS | Danielle Mulholland, Sr. Director, Human Resources, SHCS | N/A | Alexander Lipin, M.D. | Communication concerning legal advice regarding termination of Plaintiff | Attorney-Client | 1 | |
| 2 | Email | 2/13/2015 | 10:35 AM | Danielle Mulholland, Sr. Director, Human Resources, SHCS | Matthew Perreault, Deputy General Counsel, SHCS | N/A | RE: Alexander Lipin, M.D. | Communication seeking legal advice regarding termination of Plaintiff | Attorney-Client | 1 | |
| 3 | Email | 2/26/2015 | | Danielle Mulholland, Sr. Director, Human Resources, SHCS | Matthew Perreault, Deputy General Counsel, SHCS | N/A | RE: Alexander Lipin, M.D. - URGENT | Communication seeking legal advice regarding Plaintiff's termination | Attorney-Client | 1 | |
| 4 | Email | 2/26/2015 | | Matthew Perreault, Deputy General Counsel, SHCS | Danielle Mulholland, Sr. Director, Human Resources, SHCS | John W. Folcarelli, Deputy General Counsel, SHCS | RE: Alexander Lipin, M.D. - URGENT | Communication concerning legal advice regarding Plaintiff's termination and Plaintiff's request for Employee Agreement | Attorney-Client | 1 | |
| 5 | Email | 2/20/2015 | | Danielle Mulholland, Sr. Director, Human Resources, SHCS | John W. Folcarelli, Deputy General Counsel, SHCS; Matthew Perreault, Deputy General Counsel, SHCS | N/A | Dr. Lipin | Communication concerning legal advice regarding termination of Plaintiff | Attorney-Client | 1 | |
| 6 | Email | 2/19/2015 | | George Clairmont, President of Steward Medical Group, Inc. | Justine Carr, Chief Medical Officer, SHCS | N/A | Lipin | Communication discussing legal advice provided by counsel regarding termination of Plaintiff | Attorney-Client | 1 | SMG 000666 |
| 7 | Email | 2/19/2015 | | Danielle Mulholland, Sr. Director, Human Resources, SHCS | George Clairmont, President of Steward Medical Group, Inc. | N/A | RE: Dr. Lipin | Communication discussing legal advice regarding termination of Plaintiff | Not Privileged, Porduced on 4/28/17 | 1 | SMG 000241 SMG 000667 |
| 8 | Email | 2/19/2015 | | George Clairmont, President of Steward Medical Group, Inc. | Danielle Mulholland, Sr. Director, Human Resources, SHCS | N/A | RE: Dr. Lipin | Communication discussing legal advice regarding termination of Plaintiff | Attorney-Client | 1 | SMG 000241 SMG 000667 |
| 9 | Email | 2/13/2015 | 1:28 PM | George Clairmont, President of Steward Medical Group, Inc. | Matthew Perreault, Deputy General Counsel, SHCS | N/A | FW: RE: | Communication seeking legal advice regarding Plaintiff's termination | Attorney-Client | 1 | SMG 000245 |
| 10 | Email | 2/13/2015 | 2:26 PM | Matthew Perreault, Deputy General Counsel, SHCS | George Clairmont, President of Steward Medical Group, Inc. | John W. Folcarelli, Deputy General Counsel, SHCS; Danielle Mulholland, Sr. Director, Human Resources, SHCS | RE: RE: | Communication concerning legal advice regarding Plaintiff's termination | Attorney-Client | 1 | SMG 000244 |
| 11 | Email | 2/18/2015 | | Danielle Mulholland, Sr. Director, Human Resources, SHCS | Matthew Perreault, Deputy General Counsel, SHCS | N/A | RE: RE: | Communication seeking legal advice regarding Plaintiff's termination | Attorney-Client | 1 | SMG 000244 |
| 12 | Email | 2/18/2015 | | Matthew Perreault, Deputy General Counsel, SHCS | Danielle Mulholland, Sr. Director, Human Resources, SHCS | N/A | RE: RE | Communication concerning legal advice regarding Plaintiff's termination | Attorney-Client | 1 | SMG 000243 |
| 13 | Email | 2/13/2015 | 2:23 PM | Matthew Perreault, Deputy General Counsel, SHCS | John W. Folcarelli, Deputy General Counsel, SHCS | N/A | Just FYI re Dr. Lipin | Communication concerning legal advice regarding Plaintiff's termination | Attorney-Client | 1 | |
| 14 | Email | 2/13/2015 | 12:31 PM | George Clairmont, President of Steward Medical Group, Inc. | Matthew Perreault, Deputy General Counsel, SHCS | N/A | FW: Lipin | Communication seeking legal advice regarding Plaintiff's termination | Attorney-Client | 1 | SMG 000247 |
| 15 | Email | 2/13/2015 | 12:34 PM | Matthew Perreault, Deputy General Counsel, SHCS | John W. Folcarelli, Deputy General Counsel, SHCS | N/A | FW: Lipin | Communication concerning legal advice regarding Plaintiff's termination | Attorney-Client | 1 | SMG 000247 |
| 16 | Email | 2/11/2015 | | Matthew Perreault, Deputy General Counsel, SHCS | George Clairmont, President of Steward Medical Group, Inc. | N/A | Medical Leave of Absence Issue | Communication concerning legal advice regarding Plaintiff's termination | Attorney-Client | 1 | |
| 17 | Email | 2/12/2015 | | George Clairmont, President of Steward Medical Group, Inc. | Matthew Perreault, Deputy General Counsel, SHCS | N/A | RE:  Medical Leave of Absence Issue | Communication concerning legal advice regarding Plaintiff's termination | Attorney-Client | 1 | |

*Lipin v. Steward Health Care System, LLC et al.*
Civil Action No. 1:16-cv-12256
DEFENDANTS' PRIVILEGE LOG
Updated July 5, 2017

| No. | Type of Document | Date and Time Sent | Time Sent | From/Author | To | CC | Subject/Title | Subject Matter | Asserted Privilege | Responsive to Request No. | Bates No., if applicable |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | Email | 2/12/2015 | | Matthew Perreault, Deputy General Counsel, SHCS | George Clairmont, President of Steward Medical Group, Inc. | N/A | RE: Medical Leave of Absence Issue | Communication concerning legal advice regarding Plaintiff's termination | Attorney-Client | 1 | |
| 19 | Email | 2/13/2015 | 12:17 PM | Matthew Perreault, Deputy General Counsel, SHCS | George Clairmont, President of Steward Medical Group, Inc. | N/A | RE: Medical Leave of Absence Issue | Communication concerning legal advice regarding Plaintiff's termination | Attorney-Client | 1 | |
| 20 | Email | 2/13/2015 | 12:23 PM | George Clairmont, President of Steward Medical Group, Inc. | Matthew Perreault, Deputy General Counsel, SHCS | N/A | RE: Medical Leave of Absence Issue | Communication seeking legal advice regarding Plaintiff's termination | Attorney-Client | 1 | |
| 21 | Email | 2/12/2015 | | Matthew Perreault, Deputy General Counsel, SHCS | John W. Folcarelli, Deputy General Counsel, SHCS | N/A | FW: Medical Leave of Absence Issue | Communication concerning legal advice regarding Plaintiff's termination | Attorney-Client; Work Product | 1 | |
| 22 | Email | 2/13/2015 | 2:08 PM | Danielle Mulholland, Sr. Director, Human Resources, SHCS | Matthew Perreault, Deputy General Counsel, SHCS; John W. Folcarelli, Deputy General Counsel, SHCS | N/A | FW: Dr. Lipin FMLA | Communication seeking legal advice regarding Plaintiff's FMLA leave and termination | Attorney-Client | 1 | |
| 23 | Email | 3/11/2015 | | Dr. Donald Ross | John Alexander, Vice President of Medical Affairs, Holy Family Hospital | Pamela Wallace | [Secure]PCC | Communication regarding confidential deliberation of Holy Family Hospital's Professional Conduct Committee and concerning legal advice regarding HIPAA violation | Attorney-client; Peer Review Privilege | 1 | |
| 24 | Professional Conduct Committee Minutes | 4/6/2015 | | Pamela Wallace, Recording Secretary | John Alexander, Vice President of Medical Affairs, Holy Family Hospital; Dr. Sheela-Hegde Batlivala, Chair of Holy Family Hospital's Center for Behavioral Health; Dr. Borden; Dr. Andrew McQuide; Dr. Arthur Zerbey; Jean Sebourne, Director, Quality & Safety; C. Edwards | N/A | Professional Conduct Committee | Notes regarding Plaintiff's conduct | Peer Review Privilege | 1 | |
| 25 | Notes | 2/13/2015 | N/A | Matthew Perreault, Deputy General Counsel, SHCS | N/A | N/A | Alexander Lipin, M.D. | Notes concerning legal advice provided to Danielle Mulholland relating to Plaintiff's termination | Attorney-client | 1 | |
| 26 | Professional Conduct Committee Minutes | 2/9/2015 | | Susan Berndtson | John Alexander, Vice President of Medical Affairs, Holy Family Hospital; Dr. Sheela-Hegde Batlivala, Chair of Holy Family Hospital's Center for Behavioral Health; Dr. Borden; C. Edwards | N/A | Professional Conduct Committee | Notes tabling discussion of Plaintiff's conduct until next meeting | Peer Review Privilege | 1 | |